```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

LESLIE GUZZO , *et al.*,            )
                                    )
                                    )
       Plaintiff,                   )
                                    )
              v.                    )   Civil Action No. 05-933
                                    )   Judge Conti
QUEEN OF ANGELS SCHOOL, *et al.*,)      Magistrate Judge Caiazza
                                    )
                                    )
       Defendants.                  )

### ORDER

IT IS HEREBY ORDERED that a Case Management Conference for the above-entitled action is now scheduled for **September 22, 2005, at 9:00 a.m.**

IT IS FURTHER ORDERED that counsel shall be prepared to address all items enumerated in Local Rule 16.1.2.


September 7, 2005                       s/Francis X. Caiazza
                                        Francis X. Caiazza
                                        U.S. Magistrate Judge

cc:
Cynthia Goldstein, Esq.
Healy & Hornack
The Pennsylvania, Suite C-2
1100 Liberty Ave
Pittsburgh, PA 15222

Gregory Melucci, Esq.
Maiello, Brungo, Maiello
One Churchill Park
3301 McCrady Rd.,
Pittsburgh, PA 15235