IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESLIE GUZZO and | ) | |
| DIANE NATALE, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 05-933 |
| | ) | |
| v. | ) | Judge Flowers Conti |
| | ) | Magistrate Judge Caiazza |
| QUEEN OF ANGELS SCHOOL, | ) | |
| | ) | |
| Defendant. | ) | |

### **MEMORANDUM ORDER**

On July 18, 2005, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

On February 15, 2007, the magistrate judge issued a Report (Doc. 46) recommending that the Defendant's Motion for Summary Judgment (Doc. 38) be denied.

Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, on this 6th day of March, 2007, IT IS HEREBY ORDERED that the Defendant's Motion for Summary Judgment (Doc. 38) is **DENIED**. The Report and Recommendation of Magistrate Judge Caiazza dated February 15, 2007 is hereby adopted as the opinion of the District Court.

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc (via email):

Cynthia S. Goldstein, Esq.
Douglas B. McKechnie, Esq.
R. Russell Lucas, Jr., Esq.